# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Michael T. Rand,** ) | JUDGMENT IN CASE |
| ) | |
| Petitioner(s), ) | 3:24-cv-00741-RJC |
| ) | 3:10-cr-00182-RJC-DSC |
| vs. ) | |
| ) | |
| **USA,** ) | |
| Respondent(s). ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 11, 2024 Order.

September 11, 2024

Katherine Hord Simon, Clerk
United States District Court